UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ERIK DERI, ET AL.,

    Defendant.

Case No. CR03-343FDB

ORDER OF RESTITUTION

Before the Court is Plaintiff's motion for final determination of restitution. The Court, having reviewed the motion, responses by Defendants, and having heard oral argument of the parties, finds that joint and several liability shall be assessed against Defendants in accordance with the Jury's special findings of monetary liability. With a view to achieving fairness to the victims and giving effect to the Jury's findings, the Court finds that joint and several restitution shall be assessed against Defendants at the maximum limits reflected in the Special Verdict of January 11, 2005.

ACCORDINGLY,

IT IS ORDERED:

(1)    The Clerk shall prepare an Amended Judgment in this case reflecting the following joint and several restitution against Defendants, as follows:

Erik Deri in the amount of $399,999.99;

ORDER - 1

Yosef Nahum in the amount of $199,999.99; and

Yuval Derei in the amount of $69,999.99.

DATED this 2nd day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2